■ THE PEOPLE OF THE STATE OF NEW YORK EX REL. WILL A. WASHINGTON, Appellant, v HAROLD J. SMITH, as Superintendent of the Attica Correctional Facility, Respondent.—Appeal unanimously dismissed as moot (see *People ex rel. Wilder v Markley* 26 NY2d 648). (Appeal from judgment of

Wyoming County Court dismissing writ of habeas corpus.) Present—Moule, J. P., Cardamone, Simons, Mahoney and Del Vecchio, JJ.